ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| VSE Corporation | ) ASBCA Nos. 62724, 62725 |
| | ) |
| Under Contract No. DAAB07-03-D-B012 | ) |

APPEARANCES FOR THE APPELLANT:     Armani Vadiee, Esq.
                                   Todd M. Garland, Esq.
                                     Smith Pachter McWhorter PLC
                                     Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
                                      DCMA Chief Trial Attorney
                                    Patrick B. Grant, Esq.
                                      Trial Attorney
                                      Defense Contract Management Agency
                                      Chantilly, VA

ORDER OF DISMISSAL

The disputes have been settled.  The appeals are dismissed with prejudice.

Dated:  April 6, 2021

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62724, 62725, Appeals of VSE Corporation, rendered in conformance with the Board's Charter.

Dated:  April 7, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals